# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

## No. ACM 39489

————————————

### UNITED STATES
*Appellee*

**v.**

### Andrew W. MAYER
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 15 March 2019

————————————

*Military Judge:* L. Martin Powell (arraignment); Ryan A. Hendricks (trial).

*Approved sentence:* Dishonorable discharge, confinement for 8 months, and reduction to E-1. Sentence adjudged 17 April 2018 by GCM convened at MacDill Air Force Base, Florida.

*For Appellant:* Lieutenant Colonel R. Davis Younts, USAF; Major Mark C. Bruegger, USAF.

*For Appellee:* Mary Ellen Payne, Esquire.

Before JOHNSON, DENNIS, and KEY, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c) (2016).

Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court